IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Todd Coleman, :
          Plaintiff : Civil Action 2:04-cv-1161

v. : Judge Smith

Universal Underwriters Insurance, : Magistrate Judge Abel
Company, *et al.*,
           :
          Defendant

**ORDER**

Plaintiff has failed to respond to the Court's March 27, 2006 Order that he show cause why this case should not be dismissed for failure to obtain service on defendants Thomas Davis and John Doe Corporations (1) through (5).

Accordingly, defendants Thomas Davis and John Doe Corporations (1) through (5) are hereby DISMISSED without prejudice pursuant to Rule 4(m), Fed. R. Civ. P. The claims against defendants Universal Underwriters and Mark Peters were settled and dismissed with prejudice by the Court's March 7, 2006 Partial Stipulation for Dismissal and Judgment Entry (doc. 27). The Clerk of Court is **DIRECTED** to enter judgment dismissing this case for the reasons stated in this Order and the Court's March 7, 2006 Entry.

                                      /S/ George C. Smith
                                      George C. Smith
                                      United States District Judge